Label Matrix for local noticing
0539-4
Case 25-44685-mxm13
Northern District of Texas
Ft. Worth
Sat Dec 20 11:55:56 CST 2025

Burleson ISD
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010-7457

City of Burleson
% Perdue, Brandon, Fielder et al.
500 E. Border Street, Suite 640
Arlington, TX 76010-7457

(p)PERDUE BRANDON FIELDER ET AL
ATTN C/O PERDUE BRANDON FIELDER ET AL
500 EAST BORDER STREET SUITE 640
ARLINGTON TX 76010-7457

Nuvell Credit Company, c/o AIS Portfolio Ser
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

501 W. Tenth Street
Fort Worth, TX 76102-3637

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94108-2716

AMERIHOME MTG CO, LLC
21300 VICTORY BLVD STE 2
WOODLAND HILLS, CA 91367-2525

(p)ADVANCE LOAN SOLUTIONS
ATTN CUSTOMER SERVICE
PO BOX 323
CRANDON WI 54520-0323

Attorney General of Texas
Region 9 Bankruptcy Section
2001 Beach Street, #700
Fort Worth, TX 76103-2315

Burleson ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

City of Burleson
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010-7457

Credit Ninja
8414 Westchester
Dallas, TX 75225-5701

Cross Check Capital Dr. Oza Dental
c/o Tek Collect
PO Box 1269
Columbus, OH 43216-1269

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)US DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION SOUTHWESTERN REGION
717 N HARWOOD SUITE 400
DALLAS TX 75201-6506

FNB BURLESON
899 NE ALSBURY
BURLESON, TX 76028-2659

FREEDOM MORTGAGE CORP
951 W YAMATO RD STE 175
BOCA RATON, FL 33431-4444

Fine Day Loan
PO Box 457
Keshena, WI 54135-0457

First National Bank of Burleson
899 NE Alsbury Blvd
Burleson, TX 76028-2659

Galt Credit
539 W. Commerce St. 6570
Dallas, TX 75208-1953

IRS Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

K Osafo Md Pa
2550 River Park Dr. Ste. 100
Fort Worth, TX 76116-0921

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Nester Solutions
214 5th St Ste 205
Huntington Beach, CA 92648-8191

Net Pay Advance
6820 West Central
Wichita, KS 67212-3377

Net Pay Day Advance
6820 West Central
Wichita, KS 67212-3377

Nuvell Credit Company
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706-1010

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Sherman Law Firm, P.C.
P.O. Box 959
Haslet, TX 76052-0959

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

US Attorney General
US Dept. of Justice,
10th & Constitution Ave NW Rm 4400
Washington, DC 20530-0001

United States Attorney
1100 Commerce Street, Ste. 300
Dallas, TX 75242-0397

United States Attorney
Northern District of Texas
801 Cherry Street, Ste. 1700
Fort Worth, TX 76102-6817

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street Room 9C60
Dallas, TX 75242-9998

Carolyn Sue Jones
608 Joy Court
Burleson, TX 76028-9235

Michael Paul Jones
608 Joy Court
Burleson, TX 76028-9235

Sharon K. Sherman
Sherman Law Firm, PC
P.O. Box 959
Haslet, TX 76052-0959

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Johnson County
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010

Advance Loan Solutions
PO Box 323
Crandon, WI 54520

Department of the Treasury
Internal Revenue Service
Washington, DC 20224

Dept of Justice - Tax Division
717 N. Harwood, Ste. 400
Dallas, TX 75201

(d)IRS Special Procedures
1100 Commerce Street Room 9A20, M/S MC50
Dallas, TX 75242

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(d)Johnson County
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

MISSOURI HIGHER EDUC
633 SPIRIT DR
CHESTERFIELD, MO 63005


(d)MISSOURI HIGHER EDUC
633 SPIRIT DR
CHESTERFIELD, MO 630051243

(d)MOHELA/DOFED
633 SPIRIT DR
CHESTERFIELD, MO 63005

U.S. Department of Housing and Urban Develop
307 W. 7th S t., Suite 1000
Fort Worth, TX 76102


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First National Bank, Burleson

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49